UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHELDAN HOMES, LP, | § | |
| Plaintiff, | § | |
| | § | C.A. NO. _____ |
| VS. | § | |
| | § | JURY DEMAND |
| NATIONAL BUILDERS INSURANCE COMPANY, | § | |
| Defendant. | § | |

## COMPLAINT

COMES NOW CHELDAN HOMES, LP ("Cheldan") and files this Complaint and Request for Declaratory Judgment

## PARTIES

1.  Cheldan Homes, L.P. is a Texas Limited Partnership domiciled in Texas. Cheldan Homes, L.P. is owned by one Texas general partnership and one limited liability company. The general partner is Cheldan Holdings, a Texas general partnership. The general partnership is managed by Allen Goss and owned by Allen Goss and Kayemille Goss. The limited liability company is OMS Management, LLC. OMS is owned by the general partner Cheldan Holdings, a Texas general partnership, which is managed by Allen Goss and owned by Allen Goss and Kayemille Goss.

2.  National Builders Insurance Company ("BIC") is a Texas licensed insurance company incorporated in the State of Delaware. BIC's place of business is located at 2410 Paces Ferry Road, Suite 300, Atlanta, Georgia 30339. Service is not needed at this time as Defendant has been served.

## VENUE AND JURISDICTION

3. Venue is proper in this Court under 28 U.S.C. § 1391 in that … (b) the Eastern District of Texas is where a substantial part of the events giving rise to the claim occurred, and (c) the Defendants are subject to personal jurisdiction in the Eastern District of Texas at the time this action is commenced. Specifically, the insurance policy made the subject of this litigation was issued in Denton County, Texas by the agent for Plaintiff.

4. The parties are diverse. Specifically, Plaintiff is a Texas entity, and all of its partners are Texas citizens. Defendant National Builders Insurance Company is a Delaware corporation since December 15, 2010 and is also an active and registered foreign entity with the Georgia Secretary of State.

5. In addition, Plaintiff seeks damages in excess of $75,000.

## FACTUAL BACKGROUND

6. BIC issued Policy number PKG 0070676 (the "Policy") to Plaintiff for the period of September 1, 2018 to September 1, 2019. Through the Policy, BIC agreed, subject to the limitations, terms and conditions thereof, to pay all sums (up to the applicable limits less any applicable self-insured retention) which the individuals and entities insured thereunder became obligated to pay by reason of liability imposed by law for damages resulting from, among other things, bodily injury or property damage caused by an occurrence covered by the Policy.

7. Cheldan was sued in a lawsuit styled *Gantley Wilson and Becky Wilson v. Cheldan Homes, L.P. et al*; Case No. 348-309663-19, filed in the 348th Judicial District Court of Tarrant County, Texas ("Wilson lawsuit"). After receiving service of the lawsuit, Cheldan tendered the lawsuit to BIC for defense and indemnity coverage. Despite being covered by the applicable policy of insurance, BIC refused to defend and refused to indemnify Cheldan for the Wilson Lawsuit.

## CAUSES OF ACTION

### BREACH OF CONTRACT

8. Cheldan and BIC entered into a valid and enforceable insurance policy.

9. Cheldan performed all conditions precedent under that policy.

10. Despite providing coverage for the Wilson Lawsuit, BIC breached its insurance contract with Cheldan by not defending nor indemnifying Cheldan for the Wilson Lawsuit.

### DECLARATORY JUDGMENT

11. Cheldan would show that the applicable insurance policy provides both defense and indemnity coverage for the damages alleged by Plaintiff(s) in the underlying lawsuit.

12. Cheldan seeks a declaration from this Court that the Wilson Lawsuit is covered by the applicable insurance issued by Defendant.

13. Further, Cheldan seeks a declaration that Defendant is liable to Cheldan for defense and indemnity damages as well as attorney's fees and costs related to the prosecution of this litigation.

### CONCLUSION

WHEREFORE, Plaintiff requests judgment as follows:

a) That the Court determine and declare that the Defendant is liable to pay and indemnify Plaintiff for all damages, costs and payments incurred by Plaintiff with respect to any and all claims related to the Wilson Lawsuit;

b) Grant to Plaintiff its costs and attorney's fees incurred herein; and,

c) Grant such other and further relief as may be just and proper.

Respectfully submitted,

By: */s/T. Micah Dortch*
**T. MICAH DORTCH**
State Bar No. 24044981
mdortch@potts-law.com
**MARYSSA J. SIMPSON**
Texas Bar No. 24088414
msimpson@potts-law.com
**POTTS LAW FIRM, LLP**
2911 Turtle Creek Blvd, Suite 1000
Dallas, Texas 75219
Tel:  (214) 396-9427
Fax: (469) 217-8296
**ATTORNEYS FOR PLAINTIFF**